UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMES MALLORY                                                                                    PLAINTIFF

v.                                                                          CIVIL ACTION NO. 3:19-CV-P120-CRS

MARK BOLTON *et al.*                                                                           DEFENDANTS

### MEMORANDUM AND ORDER

This is a *pro se* 42 U.S.C. § 1983 prisoner civil-rights action brought by Plaintiff James Mallory who is incarcerated at the Louisville Metro Department of Corrections (LMDC). This matter is before the Court upon a motion by Plaintiff "for immediate relief" (DN 23).

In the instant motion, Plaintiff requests that Defendants Ashby, Redmon, and Walker be held in contempt of court for "violations of Judge [Orders]." He states the grounds for his motion are "withholding legal mail for (8) months"; "holding [Plaintiff] again in seg unit . . . by himself"; and "reading all of his confidential files of legal work on this lawsuit [] . . . ask well ask violating [Court Orders] to have his laptop in DVD . . ." Plaintiff then states that as of "Thursday March 12, 2020, Plaintiff been deprive to have his Court Order laptop and legal documents. . . . This again is retaliation violation of my constitutional rights []." Plaintiff goes on to state that he has "been denied access 2 the courts in Louisville Jail held my legal mail for 8 months allowing me to miss several deadlines . . ." As relief, Plaintiff seeks seven million dollars and asks that Defendants be held in contempt of court.

Plaintiff does not cite the order he contends Defendants have violated, and the Court cannot find such an order in the record. On November 6, 2019, the Court conducted an initial review of this action pursuant to 28 U.S.C. § 1915A (DN 15). Therein, the Court dismissed most of Plaintiff's claims but allowed individual-capacity First Amendment retaliation claims to

proceed against Defendants Ashby and Walker and individual-capacity First Amendment legal mail claims to proceed against Defendants Ashby and Redmon.  The Court also entered a Scheduling Order on the same date (DN 16).  Since then, the Court has entered only three additional orders – one in which it denied the dismissed Defendants' motion for entry of final judgment against them (DN 19); one in which it denied Plaintiff's "motion for settlement" as premature (DN 22); and one in which it ordered counsel to submit a notice of waiver of service on behalf of Defendants or to file their addresses under seal (DN 24).

Because Plaintiff has failed to show that Defendants have violated any order entered by this Court by taking the actions alleged above, **IT IS HEREBY ORDERED** that the instant motion (DN 23) is **DENIED**.

To the extent that Plaintiff would like to assert any new claims against Defendants, he should file a motion for leave to file a supplemental complaint with a proposed supplemental complaint attached.

Date: June 4, 2020

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Plaintiff, *pro se*
Counsel of Record
4411.011